Same case below, 364 Fed. Appx. 796.

**No. 09-11291. Terry E. Sears, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 872, 131 S. Ct. 173, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6803, ▮

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 25 So. 3d 1244.

**No. 09-11292. Marcelo Sandoval, Petitioner v. Carol Holinka, Warden.**

562 U.S. 872, 131 S. Ct. 173, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6525.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11294. Michael Scott McRae, Petitioner v. United States.**

562 U.S. 872, 131 S. Ct. 174, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6651.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 359 Fed. Appx. 399.

**No. 09-11295. Matthew Brian Boseman, Petitioner v. E. Richard Bazzle, Warden.**

562 U.S. 872, 131 S. Ct. 174, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6752.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-11296. Thomas G. Dean, Petitioner v. United States District Court for the Northern District of Georgia.**

562 U.S. 872, 131 S. Ct. 390, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6968.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11297. 1 Starr Dalton, Petitioner v. David Ballard, Warden.**

562 U.S. 872, 131 S. Ct. 174, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6591.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

**No. 09-11298. Frances K. Ewing, Petitioner v. United States Postal Service.**

562 U.S. 872, 131 S. Ct. 174, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6913.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-11299. Sandy Brooks, Petitioner v. Mike Poulos, Warden.**

562 U.S. 872, 131 S. Ct. 174, 178 L. Ed. 2d 104, 2010 U.S. LEXIS 6746.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.